AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RONALD E. OHLIN,
ETAL

V.

UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV00533

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 03/20/2006

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL**
**D.O.J.**
**950 PENNSYLVANIA AVE. NW**
**WASHINGTON, D.C. 20530**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S   PRO SE   (name and address)

RONALD E. OHLIN
BEVERLY J. OHLIN
1856 S 9TH ROAD
HUNTLEY, MT. 59037

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK

MAR 2 0 2006
DATE

(By) DEPUTY CLERK

~~RECEIVED~~

APR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *March 30, 2006* |
| NAME OF SERVER *(PRINT)* *Ronald E. Ohlin* | TITLE *Citizen* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): *Delivered by Certified Mail (#70042890000342884301) W/ Domestic Return Receipt.*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES *Mailing Cost: $5.36* | TOTAL *$5.36* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *April 19, 2006*       *Ronald E. Ohlin*
                                   Signature of Server

                                   *1856 S. 7th RD*
                                   *Huntley, MT 59037-9008*
                                   Address of Server

# RECEIVED

APR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RONALD E. OHLIN,
                    ETAL
           V.

UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV00533

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 03/20/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

RONALD E. OHLIN
BEVERLY J. OHLIN
1856 S 9TH ROAD
HUNTLEY, MT. 59037

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
_____
CLERK

MAR 2 0 2006
_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *March 30, 2006* |
| NAME OF SERVER *(PRINT)* *Ronald E. Ohlin* | TITLE *Citizen* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): *Delivered by Certified Mail # 7004 2890 0003 4787 4295*
*w/ Domestic Return Receipt*

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES *Mailing Cost $5.36* | TOTAL *$5.36* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *April 19, 2006*        *Ronald E. Ohli*
                                    Signature of Server

                                    *1836 S. 7th RD*

                                    *Huntley, MT 59037-9008*
                                    Address of Server

RECEIVED

APR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.