RETURN OF SERVICE

Service was made by _Ronald E. Ohlin_ Date _March 30, 2006_
<br>Name of server

This summons was served on the United States by serving:

Civil Process Clerk
<br>Alberto Gonzales
<br>United States Attorney General
<br>950 Pennsylvania Avenue
<br>Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # _7004 2890 0003 4792 4301_,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ _5.36_ .

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Ronald E Ohl._
<br>Ronald E Ohlin

_April 19, 2006_
<br>Date

RETURN OF SERVICE

Service was made by _Ronald E. Ohlin_ Date _March 30, 2006_
                    Name of server

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # _7004 2890 0003 4782 4295_

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ _5.36_.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Ronald E. Ohlin_       _April 19, 2006_
Ronald E Ohlin      Date

SENDER: COMPLETE THIS SECTION

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

COMPLETE THIS SECTION ON DELIVERY