IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD E. OHLIN & <br> BEVERLY J. OHLIN, <br><br>     Plaintiffs, <br><br>   v. <br><br> UNITED STATES, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )     No: 1:06cv00533 (RCL) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: May 18, 2006.

                                                      Respectfully submitted,

                                                      /s/ Jennifer L. Vozne
                                                      JENNIFER L. VOZNE
                                                      Trial Attorney, Tax Division
                                                      U.S. Department of Justice
                                                      P.O. Box 227
                                                      Ben Franklin Station
                                                      Washington, DC 20044
                                                      Phone/Fax: (202) 307-6555/514-6866
                                                      Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on May 18, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>RONALD E. OHLIN
>BEVERLY J. OHLIN
>*Plaintiffs pro se*
>1856 S. 7th Road
>Huntley, MT 59037

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1715001.1