UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RONALD E. OHLIN**, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-533 (RCL) |
| **UNITED STATES,** | ) ) | |
| Defendant. | ) ) ) | |

### ORDER

Defendant filed a motion [4] to dismiss on May 18, 2006. Plaintiffs are proceeding *pro se*. On May 18, 2006, this Court issued an order directing plaintiffs that they must respond to the motion within ten days. Plaintiffs were advised that if they failed to respond to the motion within ten days, the Court would assume that the motion was conceded and grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). As of this date, plaintiffs have not filed a response to defendant's motion. Accordingly, it is hereby

ORDERED that defendant's unopposed motion to dismiss is GRANTED; and it is further

ORDERED that the plaintiffs' complaint is DISMISSED without prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 20, 2006.